IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL D. DAVIS, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:09CV699-HEH
)
ONEWEST BANK, F.S.B., *et al.* )
)
    Defendants. )

## FINAL ORDER
(Granting Defendant's Motion to Dismiss)

THIS MATTER is before the Court on Defendant's Motion to Dismiss pursuant to Rules 12(b)(2), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedure

For the reasons detailed in the accompanying Memorandum Opinion, the Motion to Dismiss is GRANTED.

Plaintiff may appeal the decision of the Court. Should he wish to appeal, written notice of appeal must be filed within thirty (30) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the right to appeal.

The Clerk is directed to send a copy of this Order to all counsel of record and to Plaintiff who is *pro se*.

                                            /s/
                                     Henry E. Hudson
                                     United States District Judge

Date: Feb. 10, 2010
Richmond, VA